Raymond Y. Kim (SBN 251210)
rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Discover Financial Services, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA G. ROMEU, an individual,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>DISCOVER FINANCIAL SERVICES, INC., a Delaware Corporation; and DOES 1 through 50, Inclusive,<br><br>　　　　　　Defendants. | Case No.:<br><br>[Removal from Superior Court of California, County of Orange, Case No. 30-2016-00850802-CU-BT-CJC]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446**<br><br>Filed concurrently with:<br>1. Civil Case Cover Sheet |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PLEASE TAKE NOTICE that, pursuant to 28 United States Code §§ 1332, 1441, and 1446, Defendant Discover Financial Services, Inc. ("Discover") hereby removes the above-entitled civil action from the Superior Court of the State of California for the County of Orange to the United States District Court for the Central District of California – Southern Division, and allege as follows:

1. On May 9, 2016, Plaintiff Martha G. Romeu ("Plaintiff") filed a complaint in the Superior Court of the State of California for the County of Orange entitled *Martha G. Romeu v. Discover Financial Services, Inc.* bearing case number 30-2016-00850802-CU-BT-CJC in the records and files of that Court (the "Complaint"). The Complaint was improperly served via mail, and received by Discover's agent for service of process on or about May 23, 2016. Not more than 30 days have passed since Plaintiff's Complaint was received via mail.[1]  28 U.S.C. § 1446(b); Fed. R. Civ. Proc. 6.

2. In the Complaint, Plaintiff alleges that Discover "refuses to acknowledge that [Plaintiff] is a victim of identity theft with respect to the loans and continues to take the position that [Plaintiff] is responsible for payment of the loans, identified by Discover as having a balance of $85,000." Complaint, ¶ 9. Based on these allegations, Plaintiff asserts a single cause of action against Discover for violation of California Civil Code § 1798.92, and seeks a declaration that Plaintiff "is not obligated to Discover on the loans," actual damages, attorneys' fees, and a "civil penalty of $30,000." *Id.* ¶ 13.

3. Copies of all state court process, pleadings, and orders received by Discover is attached to this Notice as **Exhibit A** and incorporated herein by reference.

4. This Court has subject matter jurisdiction over the instant action under 28 U.S.C. § 1332(a) because: (i) there is complete diversity of citizenship between Discover and Plaintiff; and (ii) the amount in controversy exceeds $75,000.

---

[1] Pursuant to California Civil Procedure Code § 415.30, Discover contends that service has not been completed.

## I. Federal Diversity Jurisdiction Exists Pursuant to 28 U.S.C. § 1332(a)

### A. Diversity of Citizenship

5. Discover is informed and believes, and on that basis alleges, that at the commencement of this action, and at all times herein, Plaintiff was, and now is, a citizen of the State of California, County of Orange. Complaint ¶ 1.

6. At the commencement of this action, and at all times herein, Discover was and is a Delaware Corporation. Complaint ¶ 2.

### B. The Amount in Controversy Exceeds $75,000

7. In the Complaint, Plaintiff alleges that Discover "refuses to acknowledge that [Plaintiff] is a victim of identity theft with respect to the loans and continues to take the position that [Plaintiff] is responsible for payment of the loans, identified by Discover as having a balance of $85,000." Complaint, ¶ 9.

8. Based on these allegations, Plaintiff asserts a single cause of action against Discover for violation of Civil Code § 1798.92, and seeks a declaration that Plaintiff "is not obligated to Discover on the loans [in the amount of $85,000]," actual damages, attorneys' fees, and a "civil penalty of $30,000." Complaint ¶ 13.

9. Therefore, the United States District Court for the Central District of California has original jurisdiction under 28 U.S.C. § 1332(a) in that complete diversity of citizenship exists between Plaintiff and Discover, and the requisite amount in controversy exists in this civil action.

## II. The Central District of California is the Proper Venue

10. The United States District Court for the Central District of California – Southern Division is the proper division to where this matter should be assigned because this action is pending in the Superior Court of California, County of Orange; Plaintiff is a citizen of the State of California, Orange County; and Plaintiff allege that she resided in Orange County at the time the alleged misconduct occurred. Complaint ¶¶ 1, 8-9.

11. WHEREFORE, Discover files this Notice of Removal of this action from the aforesaid Superior Court, in which it is now pending, to the United States District Court for the Central District of California – Southern Division, located at located at 411 West Fourth Street, Room 1053 Santa Ana, California 92701-4516.

12. WHEREFORE, Discover prays that this action be removed from the Superior Court of the State of California for the County of Orange to the United States District Court for the Central District of California.

DATED: June 22, 2016                              REED SMITH LLP

By: */s/ Raymond Y. Kim*
Raymond Y. Kim
Attorneys for Defendant
Discover Financial Services, Inc.