

# SUPERIOR COURT OF CALIFORNIA

#### COUNTY OF ORANGE

Superior Court of California, County of Orange

700 W. Civic Center Drive
Santa Ana, CA 92702

**PAYMENT RECEIPT**

**E-Filing Transaction #:** 2461018
**Receipt #:** 11788451

| Clerk ID: | djurado | Transaction No: | 11964306 | Transaction Date: | 05/09/2016 | Transaction Time: | 02:37:46 PM |

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2016-00850802-CU-BT-CJC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| | | | Sales Tax: | | $0.00 | |
| | | | Total: | $435.00 | Total Rem. Bal: | $0.00 |
| | | | E-Filing: | | $435.00 | |
| | | | Total Amount Tendered: | | $435.00 | |
| | | | Change Due: | | **$0.00** | |
| | | | Balance: | | **$0.00** | |

$45 will be charged for each returned check. www.occourts.org

**ORIGINAL**